IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 11 |
| | : | |
| **MOUNTAIN PHOENIX, LLC**, | : | CASE NO. **21-55870**-JWC |
| | : | |
| Debtor and Debtor-in-Possession. | : | |
| _____ | : | _____ |
| AMERICREDIT FINANCIAL | : | |
| SERVICES, INC. DBA GM FINANCIAL, | : | |
| | : | |
| Movant, | : | |
| | : | CONTESTED MATTER |
| v. | : | |
| | : | |
| MOUNTAIN PHOENIX, LLC, Debtor and Debtor-in-Possession, | : | |
| | : | |
| Respondent. | : | |
| | : | |
| | : | |

## MOTION FOR RELIEF FROM AUTOMATIC STAY

NOW COMES AMERICREDIT FINANCIAL SERVICES, INC. DBA GM FINANCIAL (the "Movant") and moves this Court for relief from the automatic stay and shows the Court as follows:

1.

On August 5, 2021, Mountain Phoenix, LLC ("Debtor") filed a *third* Voluntary Petition pursuant to 11 U.S.C. Chapter 11, and said case is pending before this Court. Case No. 20-71358-jwc was filed November 2, 2020, and dismissed December 3, 2020. Case No. 20-72587-jwc was filed December 11, 2020, and dismissed June 28, 2021. In the second case, Movant filed for relief from the automatic stay March 17, 2021, which stay was lifted by Order entered April 22, 2021.

2.

Movant has a claim in this case secured by a first priority lien against Debtor's vehicle,

to wit: 2018 Mercedes-Benz GLA250W (the "Collateral"). The approximate payoff is $32,422.84 (the payoff was $31,938.65 as of March 16, 2021, when the prior Motion for Relief was filed in the prior Case No. 20-72587-jwc) with a delinquency on the loan secured thereby of $32,422.84 as the loan has charged off. Principal of $31,130.34 and interest of $1,292.50 is due. The NADA retail value of the Collateral is $29,900.00, and Movant has no other collateral securing this loan.

3.

Debtor does not have equity in the Collateral and the Collateral is not necessary to a reorganization that is in prospect.

4.

Cause exists including the lack of adequate protection to grant Movant relief from the automatic stay so as to authorize Movant to recover and dispose of the Collateral. Movant requests the right to file an amended proof of claim after liquidation of the Collateral.

5.

Movant requests that Bankruptcy Rule 4001(a)(3) be waived.

6.

Movant has no proof of full coverage insurance protecting its interest in the Collateral.

WHEREFORE, Movant prays that this Court:

(a) Hold a hearing pursuant to this Motion within thirty (30) days as is required under 11 U.S.C. Section 362(e);

(b) Grant Movant relief from the automatic stay under 11 U.S.C. Section 362(d) so as to allow Movant to recover and dispose of the Collateral and to apply the net proceeds generated therefrom to its claim in this case, and if the disposition results in a deficiency, amend its claim filed in this case, subject to objection;

(c) Rule 4001(a)(3) be waived; and

(d) Grant such other and further relief as the Court deems to be just and proper.

This August 18, 2021.

                          The Law Office of
                          LEFKOFF, RUBIN, GLEASON, RUSSO & WILLIAMS, P.C.
                          Attorneys for Movant


                          By: /s/Craig B. Lefkoff
                             Craig B. Lefkoff
                             Georgia State Bar No. 445045

5555 Glenridge Connector
Suite 900
Atlanta, Georgia  30342
(404) 869-6900
clefkoff@lrglaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 11 |
| | : | |
| **MOUNTAIN PHOENIX, LLC**, | : | CASE NO. **21-55870**-JWC |
| | : | |
| Debtor and Debtor-in-Possession. | : | |
| ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ | : | ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ |
| AMERICREDIT FINANCIAL | : | |
| SERVICES, INC. DBA GM FINANCIAL, | : | |
| | : | |
| Movant, | : | |
| | : | |
| | : | CONTESTED MATTER |
| v. | : | |
| | : | |
| MOUNTAIN PHOENIX, LLC, Debtor | : | |
| and Debtor-in-Possession, | : | |
| | : | |
| Respondent. | : | |
| | : | |
| | : | |

## CERTIFICATE OF SERVICE

The undersigned, Craig B. Lefkoff, hereby certifies that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that I served the MOTION FOR RELIEF FROM AUTOMATIC STAY and NOTICE OF HEARING on the following parties 1) electronically, if allowed by and pursuant to the requirements of local rule, or 2) by depositing same in the United States Mail in properly addressed envelope(s) with adequate postage to all others, as follows:

Mountain Phoenix, LLC
4345 International Parkway
Riverdale, Georgia 30296

Tiffini C. Bell, Esq.
Holloway Bell, LLC
Suite 1
1571 Phoenix Blvd.
College Park, Georgia 30349

Shawna Staton
Office of the U.S. Trustee
Room 362
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

and the parties on the attached mailing matrix.

  This August 18, 2021.

        The Law Office of
        LEFKOFF, RUBIN, GLEASON, RUSSO & WILLIAMS, P.C.
        Attorneys for Movant


        By: /s/Craig B. Lefkoff
         Craig B. Lefkoff
          Georgia State Bar No. 445045

5555 Glenridge Connector
Suite 900
Atlanta, Georgia  30342
(404) 869-6900
clefkoff@lrglaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 11 |
| | : | |
| **MOUNTAIN PHOENIX, LLC**, | : | CASE NO. **21-55870**-JWC |
| | : | |
| Debtor and Debtor-in-Possession. | : | |
| _____ | : | _____ |
| AMERICREDIT FINANCIAL SERVICES, INC. DBA GM FINANCIAL, | : | |
| | : | |
| Movant, | : | |
| | : | CONTESTED MATTER |
| v. | : | |
| | : | |
| MOUNTAIN PHOENIX, LLC, Debtor and Debtor-in-Possession, | : | |
| | : | |
| Respondent. | : | |
| | : | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that **AmeriCredit Financial Services, Inc. dba GM Financial** has filed a Motion for Relief from Automatic Stay and related papers with the Court seeking an order of relief from the Automatic Stay.

**PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on the Motion for Relief from Automatic Stay, in Courtroom 1203, The Richard B. Russell Federal Building, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303 at 10:00 a.m. on September 23, 2021.**

Given the current public health crisis, hearings may be telephonic only. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website (http://www.ganb.uscourts.gov/) prior to the hearing for instructions on whether to appear by virtual hearing room-zoom or in person or by phone

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings, or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you

file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing.  The address for the Clerk's Office is: Clerk, United States Bankruptcy Court, Room 1340, U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia  30303. You must also mail a copy of your response to the undersigned at the address stated below.

IF THE MOTION IS FOR RELIEF FROM STAY, and a hearing on the motion for relief from the automatic stay cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty days of filing the motion and agrees to a hearing on the earliest possible date. Movant consent to the automatic stay remaining in effect until the Court orders otherwise.


Dated: August 18, 2021        Signature: /s/Craig B. Lefkoff
                                                   Craig B. Lefkoff
                                                   5555 Glenridge Connector
                                                 Suite 900
                                                 Atlanta, Georgia  30342
                                                 (404) 869-6900
                                                 clefkoff@lrglaw.com
                                                 Bar Number 445045