UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 21-55870 |
| MOUNTAIN PHOENIX, LLC | ) | |
| | ) | |
| DEBTOR | ) | |
| | | CHAPTER 11 |

**AMENDED DEBTORS'AMENDMENT TO CHAPTER 13 SCHEDULES,
SUMMARY OF SCHEDULES AND STATISTICAL SUMMARY OF CERTAIN
LIABILITIES AND RELATED DATA (28 U.S.C. Section 159)**

COMES NOW Debtor, and amends this Chapter 13 Schedules, Summary of

Schedules and Statistical Summary of Certain Liabilities and Related Data (28 U.S.C.

Section 159) as attached, to provide the following:

1.

Debtor amends Schedule D as attached.

2.

Debtor amends Schedule E/F as attached.

3.

Debtor amends Summary of Schedules and Statistical Summary of Certain Liabilities and
Related Data (28 U.S.C. Section 19) as attached to reflect current amounts.

WHEREFORE, Debtor prays that this Amendment be allowed, and for such other

and further relief as the Court deems appropriate and just.

Date: August 26, 2021

Respectfully submitted

/s/_____

Tiffini Bell, Bar No. 676971
Attorney for Debtor
Holloway Bell, LLC
1571 Phoenix Blvd, Ste 1
Atlanta GA 30349
678-390-3503 Telephone
404-465-3634 Fax
tiffini@hblawatl.com

AMENDED

| Fill in this information to identify the case: |
|---|

Debtor name    Mountain Phoenix, LLC

United States Bankruptcy Court for the:   Northern District of Georgia

Case number (If known):   21-55870

☑ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

AMENDED

| Debtor | Mountain Phoenix, LLC | Case number *(if known)* | 21-55870 |
| | Name | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

AMENDED

**Fill in this information to identify the case:**

Debtor name __Mountain Phoenix, LLC__

United States Bankruptcy Court for the: __Northern District of Georgia__

Case number (If known): __21-55870__

☑ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below.

| **Part 1:** | List Creditors Who Have Secured Claims |

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** Creditor's name
Ally Financial

Describe debtor's property that is subject to a lien
2017 Mercedes E300

$ 37,000.00 | $ 23,000.00

Creditor's mailing address
CT Corporation
1201 Peachtree St. NE,, Atlanta, GA 30361

Describe the lien
_____

Creditor's email address, if known
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred _____
Last 4 digits of account number _____

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor,

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**2.2** Creditor's name
Ally Financial

Describe debtor's property that is subject to a lien
2015 Honda Crosstour

$ 35,000.00 | $ 15,000.00

Creditor's mailing address
CT Corporation
1201 Peachtree St. NE, Atlanta, GA 30361

Describe the lien
_____

Creditor's email address, if known
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred _____
Last 4 digits of account number _____

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $ 692,988.00

AMENDED

| Debtor | Mountain Phoenix, LLC | Case number (if known) | 21-55870 |
|---|---|---|---|
| | Name | | |

## Part 1: Additional Page

|  | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

### 2.3 Creditor's name
Ally Financial, Inc.

**Creditor's mailing address**

CT Corporation
1201 Peachtree St. NE, Atlanta, GA 30361

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
   ☑ No. Specify each creditor, including this creditor, and its relative priority.

Ally Financial, Inc., 1st; Precision Paint & Collison, 1st

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2014 Porsche Panamera

$0.00     $37,000.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

### 2.4 Creditor's name
Automotive Finance Corporation

**Creditor's mailing address**

13085 Hamilton Crossing Blvd
Carmel, IN 46032

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$0.00     $0.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

AMENDED

| | |
|---|---|
| Debtor | Mountain Phoenix, LLC |
| | Name |

Case number *(if known)* 21-55870

| Part 1: | Additional Page | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.5** Creditor's name
Bank of America NA

_____

Creditor's mailing address

PO Box 942019
Simi Valley, CA 93094

_____

Creditor's email address, if known

_____

Date debt was incurred _____
Last 4 digits of account number _____

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

[          ]

　☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

2014 Bentley Flying Spur

$88,000.00      $50,000.00

Describe the lien

_____

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

---

**2.6** Creditor's name
Bank of America, N.A.

_____

Creditor's mailing address

PO Box 851001
Dallas, TX 75285

_____

Creditor's email address, if known

_____

Date debt was incurred _____
Last 4 digits of account number _____

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

[          ]

　☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

2017 Mercedes E300

$39,000.00      $26,000.00

Describe the lien

_____

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

---

AMENDED

| Debtor | Mountain Phoenix, LLC | Case number *(if known)* | 21-55870 |
|---|---|---|---|
| | Name | | |

## Part 1:  Additional Page

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.7  Creditor's name**
Bank of America, NA

**Describe debtor's property that is subject to a lien**
2016 Porsche Panamera

$89,000.00    $88,000.00

**Creditor's mailing address**
PO Box 851001
Dallas, TX 75285

**Creditor's email address, if known**

**Date debt was incurred**
**Last 4 digits of account number**

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**2.8  Creditor's name**
BMW Bank of North America

**Describe debtor's property that is subject to a lien**
2016 Land Rover Range Rover

$80,693.00    $55,000.00

**Creditor's mailing address**
c/o CT Corporation System
289 S. Culver St., Lawrenceville, GA 30046

**Creditor's email address, if known**

**Date debt was incurred**
**Last 4 digits of account number**

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

AMENDED

| Debtor | Mountain Phoenix, LLC | | Case number *(if known)* | 21-55870 |
|---|---|---|---|---|
| | Name | | | |

## Part 1:    Additional Page

|  | Column A | Column B |
|---|---|---|
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.9** | Creditor's name
Gm Financial

**Describe debtor's property that is subject to a lien**

2018 Mercedes GLA

$28,000.00      $21,000.00

**Creditor's mailing address**

P.O. Box 99605
Arlington, TX 76096

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

---

**2.10** | Creditor's name
Nextgear Capital, LLC

**Describe debtor's property that is subject to a lien**

$ 0.00      $ 0.00

**Creditor's mailing address**

130 City Center Dr.
Suite 100, Carmel, IN 46032

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

---

Debtor  Mountain Phoenix, LLC
        Name

Case number (if known) 21-55870

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.11** Creditor's name
Precision Paint & Collison

**Describe debtor's property that is subject to a lien**

2014 Porsche Panamera

$13,295.00          $37,000.00

Creditor's mailing address

1774 Iris Dr.
Conyers, GA 30012

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number _____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☑ Yes. The relative priority of creditors is specified on lines  2.3

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.12** Creditor's name
Truist Financial Corporation

**Describe debtor's property that is subject to a lien**

2011 Lamborgini Gallardo

$80,000.00          $ 70,000.00

Creditor's mailing address

c/o CT Corporation Systems
289 S. Cculver St., Lawrenceville, GA 3004

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number _____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

AMENDED

| Debtor | Mountain Phoenix, LLC | | Case number *(if known)* 21-55870 |
|---|---|---|---|
| | Name | | |

## Part 1: Additional Page

| | **Column A** **Amount of claim** Do not deduct the value of collateral. | **Column B** **Value of collateral that supports this claim** |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

### 2.13 Creditor's name
US Small Business Administration

**Describe debtor's property that is subject to a lien**

$150,000.00            $0.00

**Creditor's mailing address**

2 North Street
Suite 320, Birmingham, AL 35203

**Creditor's email address, if known**

**Date debt was incurred**  _____

**Last 4 digits of account number**  _____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

### 2.14 Creditor's name
Wells Fargo Bank, N.A.

**Describe debtor's property that is subject to a lien**

$53,000.00            $0.00

**Creditor's mailing address**

PO Box 660431
Dallas, TX 75266

**Creditor's email address, if known**

**Date debt was incurred**  _____

**Last 4 digits of account number**  _____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

AMENDED

| Debtor | Mountain Phoenix, LLC | Case number *(if known)* | 21-55870 |
| --- | --- | --- | --- |
| | Name | | |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
| --- | --- |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |

AMENDED

**Fill in this information to identify the case:**

Debtor         Mountain Phoenix, LLC

United States Bankruptcy Court for the:   Northern District of Georgia

Case number    21-55870
(If known)

☑ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY
unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts
on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*
(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach
the Additional Page of that Part included in this form.

## Part 1:     List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than
   3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

As of the petition filing date, the claim is:   $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

**Basis for the claim:**

Last 4 digits of account
number        _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

**2.2** Priority creditor's name and mailing address

As of the petition filing date, the claim is:   $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

**Basis for the claim:**

Last 4 digits of account
number        _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

**2.3** Priority creditor's name and mailing address

As of the petition filing date, the claim is:   $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

**Basis for the claim:**

Last 4 digits of account
number        _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  |  | Amount of claim |
|---|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

AMENDED

Debtor _____    Case number *(if known)*_____21-55870
     Mountain Phoenix, LLC
     Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 0.00 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 0.00 |

125 Clairemont Avenue
Suite 2
Decatur, GA 30030

Ally Financial
CT Corporation
1201 Peachtree St. NE,
Atlanta, GA 30361

Ally Financial
CT Corporation
1201 Peachtree St. NE
Atlanta, GA 30361

Ally Financial, Inc.
CT Corporation
1201 Peachtree St. NE
Atlanta, GA 30361

Automotive Finance Corporation
13085 Hamilton Crossing Blvd
Carmel, IN 46032

Bank of America NA
PO Box 942019
Simi Valley, CA 93094

Bank of America, N.A.
PO Box 851001
Dallas, TX 75285

Bank of America, NA
PO Box 851001
Dallas, TX 75285

BMW Bank of North America
c/o CT Corporation System
289 S. Culver St.
Lawrenceville, GA 30046

Gm Financial
P.O. Box 99605
Arlington, TX 76096

Nextgear Capital, LLC
130 City Center Dr.
Suite 100
Carmel, IN 46032

Precision Paint & Collison
1774 Iris Dr.
Conyers, GA 30012

Tradeport Atlanta, LLC
4345 International Parkway
Suite 150
Riverdale, GA 30296

Tradeport Atlanta, LLC
4345 International Parkway
Suite 150
Atlanta, GA 30354

Truist Financial Corporation
c/o CT Corporation Systems
289 S. Cculver St.
Lawrenceville, GA 30046

US Small Business Administration
2 North Street
Suite 320
Birmingham, AL 35203

Wells Fargo Bank, N.A.
PO Box 660431
Dallas, TX 75266

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                              )              CASE NO. 21-55870
MOUNTAIN PHOENIX, LLC               )
                                    )
      DEBTOR                        )
_____              CHAPTER 11

**DECLARATION UNDER THE PENALTY OF PERJURY**


I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.



_____ /s/

Richard Successful




Dated 8/26/2021


Penalty for making false statement or concealing property:

Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. 152 and 3571

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 21-55870 |
| MOUNTAIN PHOENIX, LLC | ) | |
| | ) | |
| DEBTOR | ) | |
| | | CHAPTER 11 |

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies under penalty of perjury: That I am more than 18 years of age, and that on this day, I served a copy of the within Debtor's Amendment to Chapter 13 Schedules, Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. Section 159) filed in this bankruptcy case upon the following by depositing a copy of same in U.S. Mail with sufficient postage affixed thereon to ensure delivery to:

| Mountain Phoenix, LLC<br>4345 International Parkway<br>Riverdale, GA 30296 | United States Trustee<br>362 Richard Russell Federal Building<br>75 Ted Turner Drive SW<br>Atlanta, GA 30303 |
|---|---|

Dated: August 26, 2021

Respectfully submitted
/s/_____
Tiffini Bell, Bar No. 676971
Attorney for Debtor
Holloway Bell, LLC
1571 Phoenix Blvd, Ste 1
Atlanta GA 30349
678-390-3503 Telephone
404-465-3634 Fax
tiffini@hblawatl.com

Atlanta GA 30337