UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>MOUNTAIN PHOENIX LLC<br><br>DEBTOR. | CHAPTER 11<br><br>CASE NO. 21-55870-JWC |
| MARY IDA TOWNSON,<br>UNITED STATES TRUSTEE,<br><br>MOVANT<br>vs.<br><br>MOUNTAIN PHOENIX LLC,<br><br>RESPONDENT | CASE NO. 21-55870-JWC |

**SUPPLEMENT TO MOTION TO DISMISS
FOR CAUSE WITH 180-DAY BAR
FROM REFILING**

Mary Ida Townson, United States Trustee for Region 21 ("United States Trustee") supplements her motion to dismiss for cause with 180-day bar from refiling filed on August 31, 2021 (Dkt. 22) in the above-referenced matter with a copy of the Articles of Organization for Mountain Phoenix, LLC ("Debtor") attached hereto.

O.C.G.A. §14-11-301 provides that "if the articles of organization provide that management of the limited liability company is vested in a manager or managers: (1) No member, acting solely in the capacity as a member, is an agent of the limited liability company." The Articles of Organization for Mountain Phoenix, LLC provide that management of the limited liability company is vested in its manager(s).

Rich Successful, who signed the petition in this case, is not vested with apparent authority to file the petition on behalf of the Debtor. Without a corporate resolution authorizing the filing of the

bankruptcy petition, this case must be dismissed. *See In re Marino*, 09-33545-H3-11. 2010 WL 519772 (Bankr. S.D. Tex. Feb. 9, 2010) (Cause for dismissal also includes alleged lack of proper corporate authority to act by a corporate agent) (citing *Price v. Gurney, et al*, 65 S.Ct. 513 (1945).

DATED: September 22, 2021.

        MARY IDA TOWNSON
        UNITED STATES TRUSTEE, REGION 21

        */s/ Shawna Staton*
        Shawna Staton
        Georgia Bar No. 640220
        United States Department of Justice
        Office of the United States Trustee
        Suite 362, Richard B. Russell Building
        75 Ted Turner Drive, S.W.
        Atlanta, Georgia 30303
        Phone: 404-331-4437, Ext. 152
        Email: *Shawna.P.Staton@usdoj.gov*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>MOUNTAIN PHOENIX LLC<br><br>    DEBTOR. | CHAPTER 11<br><br>CASE NO. 21-55870-JWC |
| MARY IDA TOWNSON,<br>UNITED STATES TRUSTEE,<br><br>    MOVANT<br>vs.<br><br>MOUNTAIN PHOENIX LLC,<br><br>    RESPONDENT | CASE NO. 21-55870-JWC |

**CERTIFICATE OF SERVICE**

**NEF service pursuant to General Order 25-2018**

    This is to certify that on September 22, 2021 I electronically filed the foregoing *Supplement to Motion to Dismiss for Cause with 180 Day Bar From Refiling* and using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case filing program:

    Tiffini C. Bell on behalf of Debtor Mountain Phoenix, LLC tiffini@hblawatl.com

    Craig B. Lefkoff on behalf of Creditor Americredit Financial Services, Inc. Dba GM Financial clefkoff@lrglaw.com

    Elizabeth Bargar Rose on behalf of Creditor Tradeport Atlanta, LLC
Elizabeth@caiolarose.com, amber@caiolarose.com

                                                  */s/ Shawna Staton*
                                                  Georgia Bar No. 640220

Control No: 12013674
Date Filed: 02/07/2012 11:38 AM
Brian P. Kemp
Secretary of State

RECEIVED
SOS/PLB
ACCOUNTING
2012 FEB -7  AM 9: 52

Articles of Organization
of
Mountain Phoenix, LLC

### Article 1.

The name of the limited liability company is Mountain Phoenix, LLC.

### Article 2.

Management of the limited liability company is vested in one or more managers whose names and addresses are as follows:
Robert Paul Duda, 4098 Leach Road, Snellville, GA 30039.

IN WITNESS WHEREOF, the undersigned has executed these Articles of Organization.

This _1st_ day of _February_, 2012.

Robert Paul Duda
Manager

State of Georgia
Creation - Domestic Entity 2 Page(s)



T1203803227