**IT IS ORDERED as set forth below:**

**Date: September 23, 2021**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 21-55870-JWC |
| MOUNTAIN PHOENIX, LLC, | CHAPTER 11 |
| Debtor. | |

## ORDER CONVERTING CASE TO CHAPTER 7

**THIS MATTER** is before the Court on the United States Trustee's Motion to Dismiss for Cause With 180-Day Bar from Refiling (Doc. No. 22) (the "Motion"). On September 23, 2021, the Court held a hearing on the Motion, at which counsel for debtor, counsel for the United States Trustee, and counsel for two creditors appeared. For the reasons stated on the record at the hearing,

**IT IS ORDERED** that the Motion is hereby **DENIED** to the extent it seeks dismissal of the case, but the above-captioned case is hereby converted to a case under chapter 7 of Title 11 of the United States Code.

The Clerk's Office is directed to serve a copy of this Order upon debtor, debtor's counsel, the United States Trustee, and all parties on the mailing matrix.

**END OF DOCUMENT**